**Order filed December 1, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00579-CV**
_____

## WOLFE'S CARPET, TILE & REMODELING, LLC, Appellant

## V.

## GARY AND BEVERLY BOURELLE, Appellees

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-69479**

# O R D E R

Appellant's brief was due November 16, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.